IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONA BROOMER, | : | |
| Plaintiff, | : | 4:09-cv-27 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| LOCK HAVEN UNIVERSITY OF | : | Hon. Thomas M. Blewitt |
| PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

## ORDER

March 28, 2012

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 99) is **ADOPTED** in its entirety.

2. The Defendants' Motion for Summary Judgment (Doc. 67) is **GRANTED** with respect to Plaintiff's Title VII race discrimination claim against Defendants Loch Haven University of Pennsylvania and Pennsylvania State System of Higher Education.

3. The Plaintiff's state law defamation claim against Defendant Christine Woodworth is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge
